

FILED ___ LODGED
___ RECEIVED
SEP 2 0 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

05-CV-05620-DECL

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

SERAFIN BLANCAFLOR and EMIE BLANCAFLOR, husband and wife,

Plaintiffs,

vs.

HOME DEPOT U.S.A., INC., a Delaware corporation doing business in the State of Washington,

Defendant.

No. C05 5620 RBL

DECLARATION OF ANAMARIA GIL IN SUPPORT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

ANAMARIA GIL declares as follows:

1. I am a citizen of the United States of America, am over the age of 18 years, and am competent to make this declaration based upon my personal knowledge and to identify the exhibit attached hereto. I am an attorney at the Reed McClure law firm, which represents defendant Home Depot U.S.A., Inc. ("Defendant") in the above-captioned matter.

2. On August 25, 2005, Plaintiffs Serafin and Emie Blancaflor ("Plaintiffs") served a summons and complaint on Defendant through its Registered Agent. The above-referenced matter is currently pending in the Superior Court of Washington for Pierce

DECLARATION OF ANAMARIA GIL IN SUPPORT OF REMOVAL
OF CIVIL ACTION TO FEDERAL COURT - 1

063012.054861\#98301.doc

ORIGINAL

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

County now pending under cause No. 05-2-10955-1. A true and correct copy of the Summons, Complaint, and the Service of Process Transmittal are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated this _19th_ day of _September_, 2005, at _Seattle_, Washington.

_____
ANAMARIA GIL

DECLARATION OF ANAMARIA GIL IN SUPPORT OF REMOVAL
OF CIVIL ACTION TO FEDERAL COURT - 2

063012.054861\#98301.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

**Exhibit A**

# CT CORPORATION
A WoltersKluwer Company

# Service of Process Transmittal
08/25/2005
Log Number 510492675

**TO:** Nancy Bunker
The Home Depot, Inc.
2455 Paces Ferry Road, Building C-8th Floor
Atlanta, GA, 30339-4024

**RE:** **Process Served in Washington**

**FOR:** Home Depot U.S.A., Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Serafin Blancaflor, et al., Pltfs. vs. Home Depot U.S.A., Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons and Complaint |
| **COURT/AGENCY:** | Pierce County, Superior Court of Washington, WA<br>Case # 05-2-10955-1 |
| **NATURE OF ACTION:** | Personal Injury - Slip and Fall - Caught his foot on the roots of a plant in an island in the parking lot. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Seattle, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/25/2005 at 12:57 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days |
| **ATTORNEY(S) / SENDER(S):** | J. Michael Koch<br>Law Offices<br>PO Box 368<br>Silverdale, WA, 98383<br>360-692-5551 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790623330808 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Lydon |
| **ADDRESS:** | 520 Pike Street<br>Suite# 2610<br>Seattle, WA, 98101 |
| **TELEPHONE:** | 206-622-4511 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

COPY

12:57 pm
8/25/05

FILED
IN COUNTY CLERK'S OFFICE

A.M. AUG 18 2005 P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

05 2 10955 1

| SERAFIN BLANCAFLOR and EMIE BLANCAFLOR, husband and wife, | NO. |
|---|---|
| Plaintiffs, | |
| v. | |
| HOME DEPOT U.S.A., INC., a Delaware corporation doing business in the State of Washington, | SUMMONS ON COMPLAINT |
| Defendant. | |

TO: DEFENDANT ABOVE NAMED

A lawsuit has been started against you in the above-entitled court by SERAFIN BLANCAFLOR and EMIE BLANCAFLOR, Plaintiffs. Plaintiffs' claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and serve a copy upon the undersigned attorney for the Plaintiffs within twenty (20) days, or sixty (60) days if you are located outside the State of

SUMMONS ON COMPLAINT - PAGE 1

LAW OFFICES OF J. MICHAEL KOCH
& ASSOCIATES, P.S., INC.
Attorneys at Law
Post Office Box 368
Silverdale, Washington 98383
(360) 692-5551 FAX (360) 692-7578

Washington, after the service of this Summons, excluding the date of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the court or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time. This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 12th day of Sep, 2005.

J. MICHAEL KOCH, WSBA NO. 4249
Attorney for Plaintiffs

SUMMONS ON COMPLAINT - PAGE 2

LAW OFFICES OF J. MICHAEL KOCH
& ASSOCIATES, P.S., INC.
Attorneys at Law
Post Office Box 368
Silverdale, Washington 98383
(360) 692-5551 FAX (360) 692-7578

FILED
IN COUNTY CLERK'S OFFICE
A.M. AUG 1 8 2005 P.M.
PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

IN THE SUPERIOR COURT OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| SERAFIN BLANCAFLOR and EMIE BLANCAFLOR, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation doing business in the State of Washington,<br><br>Defendant. | 05 2 10955 1<br><br>NO.<br><br>COMPLAINT FOR DAMAGES |

**COME NOW** the Plaintiffs and for claims against the defendant, allege as follows:

I.

The court has jurisdiction of the parties and the subject matter of this action. Plaintiffs are residents of Kitsap County, State of Washington.

II.

Upon information and belief, Plaintiff alleges that at all times herein mentioned,

COMPLAINT FOR DAMAGES - 1

LAW OFFICES OF J. MICHAEL KOCH
& ASSOCIATES, P.S., INC.
Attorneys at Law
Post Office Box 368
Silverdale, Washington 98383
(360) 692-5551 FAX (360) 692-7578

Defendant, HOME DEPOT U.S.A., INC. (Hereinafter known as HOME DEPOT), is a Delaware corporation doing business in the State of Washington.

III.

All acts alleged to have been done herein by any employee or agent of HOME DEPOT while in the course and scope of their employment were done for and on behalf of the defendant corporation.

IV.

On or about June 11, 2005, Plaintiff SERAFIN BLANCAFLOR was shopping at a HOME DEPOT, located at 10991 Silverdale Way NW, Silverdale, Washington. Plaintiff made his purchase and was returning to his car in the store parking lot. At the end of the parking aisle was a landscaped island containing flora and bark and surrounded by cement curbing. Plaintiff crossed the island on a created path to reach his vehicle. As Plaintiff walked the path, his foot caught on roots from the flora planted in the island. This caused Plaintiff to fall. Plaintiff struck his head on an adjacent parked car injuring his neck and causing instant paralysis.

V.

The Defendant HOME DEPOT U.S.A., INC. was negligent in failing to provide safe ingress and egress for its customers and/or in failing to provide a safe place for its customers to walk and/or for negligently creating a dangerous condition and/or in allowing a dangerous condition to exist and/or in failing to perform adequate inspections of its premises and/or for failing to warn of hazards and/or otherwise breached a duty of care owed to the plaintiff.

VI.

As a direct and proximate result of the negligence of the Defendant, Plaintiff SERAFIN BLANCAFLOR sustained severe and debilitating injuries to his neck and head, resulting in paralysis. Plaintiff has undergone medical care and treatment, and has incurred medical expenses and these expenses are continuing. Plaintiff has sustained mental and physical pain and suffering, disability, loss of enjoyment of life, and

COMPLAINT FOR DAMAGES - 2

LAW OFFICES OF J. MICHAEL KOCH & ASSOCIATES, P.S., INC.

Attorneys at Law
Post Office Box 368
Silverdale, Washington 98383
(360) 692-5551 FAX (360) 692-7578

impairment of earnings and these damages are continuing.

## VII.

As a direct and proximate result of the injuries suffered by Plaintiff SERAFIN BLANCAFLOR, Plaintiff EMIE BLANCAFLOR has sustained a loss of the love, society, companionship and consortium of her husband, SERAFIN BLANCAFLOR.

WHEREFORE, plaintiffs pray for damages as follows:

1. For plaintiffs' general and special damages as shall be shown at the time of trial.

2. For plaintiffs' taxable costs herein.

3. For such other and further relief as the court shall deem equitable in the premises.

DATED this 12th day of Sept, 2005.

_____
J. MICHAEL KOCH, WSBA No. 4249
Attorney for Plaintiffs

COMPLAINT FOR DAMAGES - 3

LAW OFFICES OF J. MICHAEL KOCH
& ASSOCIATES, P.S., INC.

Attorneys at Law
Post Office Box 368
Silverdale, Washington 98383
(360) 692-5551 FAX (360) 692-7578