HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERAFIN BLANCAFLOR and EMIE BLANCAFLOR, husband and wife,

Plaintiffs,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation doing business in the State of Washington,

Defendant.

Case No. CV05-05620RBL

ORDER DENYING PLAINTIFFS' MOTION TO JOIN A PARTY AND AMEND COMPLAINT FOR DAMAGES

This matter is before the Court on Plaintiffs' Motion to Join Whirlwind Services as a defendant and Amend the Complaint for Damages. For the following reasons, the Motion [Dkt. #13] is DENIED WITHOUT PREJUDICE.

Plaintiffs' Motion does not provide any argument or authority. The Ninth Circuit has declined to manufacture arguments, precluding the consideration of claims that are not actually argued. *Independent Towers of Washington v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003).

Furthermore, Plaintiffs' failed to provide a proposed amended complaint for damages for the Court's analysis. Plaintiffs' assert that such a proposed amended complaint is attached to their Motion as Exhibit 2. However, no such Exhibit exists.

It is therefore ORDERED that Plaintiffs' Motion to Join a Party and Amend Complaint for Damages [Dkt. #13] is DENIED WITHOUT PREJUDICE.

1     DATED this 23rd day of February, 2006.

                                          /s/ Ronald B. Leighton
                                          RONALD B. LEIGHTON
                                          UNITED STATES DISTRICT JUDGE